JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANA A. DEL CARMEN GUEVARA, AKA ANN GUEVARA, AKA GUEVARA ANA DEL CARMEN,<br><br>  Defendant | No. 2:14-cv-3738-FMO-(VBKx)<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Ana A. Del Carmen Guevara, aka Ann Guevara, aka Guevara Ana del Carmen, in the principal amount of $2,826.94 plus interest accrued to May 15, 2014, in the sum of $4,450.14; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**7,277.08**.

DATED: September 23, 2014        By:_____/s/_____
                                      Honorable Fernando M. Olguin
                                      United States District Judge

Page 1